REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2, minors, by and through their *Guardian ad Litem*, K.X.; JANE DOE 5, a minor, by and through her *Guardian ad Litem* K.A.; and JANE DOE 6, a minor, by and through her *Guardian ad Litem* H.A.<br><br>Plaintiffs,<br><br>v.<br><br>ATASCADERO UNIFIED SCHOOL DISTRICT, CHRIS BERDOLL in his official and individual capacities, and DOES 10 through 50,<br><br>Defendants. | Case No. 2:19-cv-08636DSF-E<br>[Case Assigned to The Honorable Dale S. Fischer]<br><br>**REDACTED**<br><br>**ORDER GRANTING PLAINTIFF JANE DOE 1'S PETITION FOR APPROVAL OF COMPROMISE OF THE CLAIMS OF MINOR PLAINTIFF AND ORDER TO DEPOSIT MONEY INTO BLOCKED ACCOUNT**<br><br>Date: February 13, 2023<br>Time: 1:30 p.m.<br>Courtoom: 7D |

GOOD CAUSE APPEARING, the Court grants the Plaintiff Jane Doe 1's Petition for Approval of Compromise of the Claims of Minor Plaintiffs and enters the following attached Orders on Plaintiff Jane Doe 1's behalf:

1. Order Approving Compromise of Pending Action (Judicial Council Form MC-351), attached hereto as Exhibit 1; and
2. Order to Deposit Money into Blocked Account (Judicial Council Form MC-355), attached hereto as Exhibit 2.

IT IS SO ORDERED.

DATED: February 14, 2023

*Dale S. Fischer*
———————————————
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

# EXHIBIT 1

MC-351

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER: | FOR COURT USE ONLY |
|---|---|---|
| NAME: Arick Fudali, Esq. (296364); Alan Goldstein (296430) | | |

FIRM NAME: THE BLOOM FIRM
STREET ADDRESS: 26565 Agoura Road, Suite 200
CITY: Calabasas,   STATE: CA   ZIP CODE: 91302
TELEPHONE NO.: (818) 914-7319   FAX NO.: (818) 884-8079
EMAIL ADDRESS: arick@thebloomfirm.com; avi@thebloomfirm.com
ATTORNEY FOR (Name): Plaintiffs Jane Doe's 1, 2, 5 and 6

~~SUPERIOR COURT OF CALIFORNIA, COUNTY OF~~ United States District Court-CACD
STREET ADDRESS: 350 West First Street
MAILING ADDRESS: Same
CITY AND ZIP CODE: Los Angeles, California 90012
BRANCH NAME: Central District of California -Western Division

CASE NAME:
JANE DOE'S 1, 2, 5 and 6 v. ATASCADERO U.S.D., CHRIS BERDOLL

**ORDER APPROVING COMPROMISE OF CLAIM OR ACTION
OR DISPOSITION OF PROCEEDS OF JUDGMENT
FOR MINOR OR PERSON WITH A DISABILITY**

CASE NUMBER: 2:19-cv-08636-DSF-E
HEARING DATE, IF ANY: February 13, 2023
DEPT.: 7D

1. **Hearing**
   a. ☐ No hearing was held. The matter is eligible for expedited approval under rule 7.950.5 of the California Rules of Court.
   b. ☒ A hearing was held:   Date: February 13, 2023   Time: 1:30 p.m.   Dept.: 7D
   c. Judicial officer: The Honorable Dale S. Fischer

2. **Petitioner** *(name or pseudonym\*):* K.S., Guardian ad Litem for Jane Doe 1
   is the *(check all relationships or representative capacities that apply):*   ☒ parent   ☒ guardian ad litem*
   ☐ guardian   ☐ conservator   ☐ other *(specify):*
   of the claimant named in item 3. Petitioner has requested approval of the compromise or settlement of a disputed claim or pending action or the disposition of the proceeds of a judgment for a minor or a person with a disability.
   *(\*Petitioner was appointed guardian ad litem under a pseudonym. (See Code Civ. Proc., § 372.5.))*

3. **Claimant** *(name):*
   a. ☒ is a minor.
   b. ☐ is a "person with a disability" within the meaning of Probate Code section 3603 who is:
      (1) ☐ An adult. Claimant's date of birth is *(specify):*
      (2) ☐ A minor described in Probate Code section 3603(b)(3).

4. **Defendant**
   The claim or action to be compromised or settled is asserted, or the judgment is entered, against *(name of settling or judgment defendant or defendants (the "payer")):*
   Defendant Chris Berdoll; and
   Defendant Atascadero Unified School District.

**THE COURT FINDS**

5. ☒ Notice has been given as required by law.

6. a. ☐ The claimant is an adult who has the capacity to consent to this order within the meaning of Probate Code section 812 and does not have a conservator of the estate. The claimant has given express consent to this order.
   b. ☒ The claimant's consent to this order is not required because the claimant is a minor, a conservatee, or a person who lacks the capacity to consent to the order within the meaning of Probate Code section 812.

Page 1 of 4
Form Adopted for Mandatory Use
Judicial Council of California
MC-351 [Rev. January 1, 2021]

ORDER APPROVING COMPROMISE OF CLAIM OR ACTION
OR DISPOSITION OF PROCEEDS OF JUDGMENT
FOR MINOR OR PERSON WITH A DISABILITY

Code of Civil Procedure, § 372;
Probate Code, §§ 3500, 3600–3613;
Cal. Rules of Court, rules 3.1384, 7.953
www.courts.ca.gov

MC-351

| CASE NAME: | CASE NUMBER: |
|---|---|
| JANE DOE'S 1, 2, 5 AND 6 v. ATASCADERO U.S.D.; CHRIS BERDOLL | 2:19-08636-DSF-E |

**THE COURT ORDERS**

6. The petition is granted and the proposed compromise or settlement, or the proposed disposition of the proceeds of the judgment, is approved. The gross amount or value of the settlement or judgment in favor of claimant is: $ ▮▮▮▮▮▮ .

7. ☐ Until further order of the court, jurisdiction is reserved to determine a claim for a reduction of a Medi-Cal lien under Welfare and Institutions Code section 14124.76. The amount shown payable to the Department of Health Care Services in item 8a(4) of this order is the full amount of the lien claimed by the department but is subject to reduction on further order of the court upon determination of the claim for reduction.

8. The payer must disburse the proceeds of the settlement or judgment approved by this order in the following manner:

   a. **Payment of fees and expenses**

   Fees and expenses shall be paid by one or more checks or drafts drawn payable to the order of the petitioner and the petitioner's attorney, if any, or directly to third parties entitled to receive payment identified in this order for the following items of expense or damage, which are hereby authorized to be paid out of the proceeds of the settlement or judgment:

   (1) ☒ Attorney's fees in the total amount of: $ ▮▮▮▮▮▮     payable to (specify): The Bloom Firm

   (2) ☐ Reimbursement for medical and all other expenses paid by the petitioner or the petitioner's attorney in the total amount of:     $

   (3) ☐ Medical, hospital, ambulance, nursing, and other similar expenses payable directly to providers as follows, in the total amount of:     $

       (a) Payee (name):
          (i) address:

          (ii) Amount: $

       (b) Payee (name):
          (i) address:

          (ii) Amount: $

   ☐ Continued on Attachment 8a(3). (Provide information about additional payees in the above format.)

   (4) ☒ Other authorized disbursements payable directly to third parties in the total amount of:     $ 8,198.17 (25%)
   (Describe and state the amount of each item and provide the name and address of each payee):

   Please refer to Attachment 8a(4) appended hereto.

   ☒ Continued on Attachment 8a(4).

   (5) ☒ Total allowance for fees and expenses from the settlement or judgment:     $ ▮▮▮▮▮▮

MC-351

| CASE NAME: | CASE NUMBER: |
|---|---|
| JANE DOE'S 1, 2, 5 AND 6 v. ATASCADERO U.S.D.; CHRIS BERDOLL | 2:19-cv-08636-DSF-E |

8. b. **Balance for claimant**

   The balance of the settlement or judgment available for claimant after payment of all allowed fees and expenses is: $ ▇▇▇▇

   The balance shall be disbursed as follows:

   (1) [X] By one or more checks or drafts in the total amount of *(specify):* $ ▇▇▇▇
   drawn payable to the order of the petitioner in the petitioner's representative capacity. Each check or draft must bear an endorsement on the face or reverse that it is for deposit in one or more interest-bearing, federally insured accounts in the name of the petitioner in the petitioner's representative capacity. No withdrawals may be made from these accounts ("blocked accounts") except as provided in the *Order to Deposit Funds in Blocked Account* (form MC-355) signed at the same time as this order.

   (2) [X] By the following method(s) *(describe each method, including the amount to be disbursed by each):*

   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

   [ ] Continued on Attachment 8b(2).

   (3) [ ] If money is to be paid to a special needs trust under Probate Code section 3604, all statutory liens in favor of the state Department of Health Care Services, the state Department of State Hospitals, the state Department of Developmental Services, and any city and county in California must first be satisfied by the following method *(specify):*

   [ ] Continued on Attachment 8b(3).

9. [X] **Further orders of the court concerning blocked accounts**

   The court makes the following additional orders concerning any part of the balance ordered to be deposited in a blocked account under item 8b(1):

   a. Within 48 hours of receipt of a check or draft described in item 8b(1), the petitioner and the petitioner's attorney, if any, must deposit the check or draft in the name of petitioner in the petitioner's representative capacity in one or more blocked accounts at *(specify name, branch, and address of each depository, and the amount of each account):*

   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

   [ ] Continued on Attachment 9a.

MC-351 [Rev. January 1, 2021]

**ORDER APPROVING COMPROMISE OF CLAIM OR ACTION OR DISPOSITION OF PROCEEDS OF JUDGMENT FOR MINOR OR PERSON WITH A DISABILITY**

Page 3 of 4

MC-351

| CASE NAME: | CASE NUMBER: |
|---|---|
| JANE DOES 1, 2, 5 AND 6 v. ATASCADERO U.S.D.; CHRIS BERDOLL | 2:19-cv-08636-DSF-E |

9. b. The petitioner and the petitioner's attorney, if any, must deliver to each depository at the time of deposit three copies of the *Order to Deposit Funds in Blocked Account* (form MC-355), which is signed at the same time as this order, and three copies of the *Acknowledgment of Receipt of Order and Funds for Deposit in Blocked Account* (form MC-356). The petitioner or the petitioner's attorney must file a copy of the receipt with this court within 15 days of the deposit. The sole responsibilities of the petitioner and the petitioner's attorney, if any, are to place the balance in a blocked account or accounts and to file a copy of the receipt on time.

   c. The balance of the proceeds of the settlement or judgment deposited in a blocked account or accounts under item 8b(1) may be withdrawn only as follows *(check (1) or (2))*:

   (1) [ ] No withdrawals of principal or interest may be made from the blocked account or accounts without a further written order under this case name and number, signed by a judicial officer, and file-stamped by this court. The money on deposit is not subject to escheat.

   (2) [X] The blocked account or accounts belong to a minor, who was born on *(date)*: ▮▮▮▮▮▮▮▮
   No withdrawals of principal or interest may be made from the blocked account or accounts without a further written order under this case name and number, signed by a judicial officer, and file-stamped by this court, until the minor reaches 18 years of age. When the minor reaches 18 years of age, the depository, without further order of this court, is authorized and directed to pay by check or draft directly to the former minor, on proper demand, all funds, including interest, deposited under this order. The money on deposit is not subject to escheat.

10. [X] **Authorization to execute settlement documents**

    The petitioner is authorized to execute settlement documents as follows *(check only one)*:

    a. [ ] On receipt of the full amount of the settlement sum approved by this order and the deposit of funds, the petitioner is authorized and directed to execute and deliver to the payer (1) a full, complete, and final release and discharge of any and all claims and demands of the claimant by reason of the accident or incident described in the petition and the resultant injuries to the claimant and (2) a properly executed dismissal with prejudice.

    b. [X] The petitioner is authorized and directed to execute any and all documents reasonably necessary to carry out the terms of the settlement.

    c. [ ] The petitioner is authorized and directed to *(specify)*:

    [ ] Continued on Attachment 10c.

11. Bond is [ ] ordered and fixed in the amount of: $         [X] not required.

12. A copy of this order must be served on the payer immediately.

13. [ ] **Additional orders**
    The court makes the following additional orders *(specify)*:

    [ ] Continued on Attachment 13.

Date: February 14, 2023

*(signature)* Dale S. Fischer
JUDICIAL OFFICER
[ ] SIGNATURE FOLLOWS LAST ATTACHMENT

MC-351 [Rev. January 1, 2021]

**ORDER APPROVING COMPROMISE OF CLAIM OR ACTION OR DISPOSITION OF PROCEEDS OF JUDGMENT FOR MINOR OR PERSON WITH A DISABILITY**

Page 4 of 4

For your protection and privacy, please press the Clear This Form button after you have printed the form. [Print this form] [Save this form] [Clear this form]

# **ATTACHMENT 8a(4)**

| Date | Description | Charge |
|---|---|---|
| 5/21/2019 | Henry Bongiovi Mediation on July 2, 2019 (one-fourth of total cost) | $583.33 |
| 10/7/2019 | Filing Fee - Complaint (one-fourth of total cost) | $100.00 |
| 4/26/2022 | USAExpress: Prep/delivery of chambers copy of earlier Petitions for Minors' Comp (one-fourth of total cost) | $33.82 |
| 5/3/2022 | USAExpress: Prep/delivery of chambers copy of under seal Petitions for Minor's Comp (one-fourth of total cost) | $22.00 |
| 5/25/2022 | USAExpress: Prep/delivery of chamber copy of Non-Opposition to Good Faith Settlement Motion (one-fourth of total cost) | $16.37 |
| 7/19/2022 | Veritext video for 7/7/22 Curt Eichperger depo (one-fourth of total cost) | $297.65 |
| 7/21/2022 | Veritext Court Reporter for 7/7/22 Curt Eichperger depo (one-fourth of total cost) | $418.76 |
| 9/12/2022 | Veritext Court Reporter for Brian Miller depo (one-fourth of total cost) | $382.45 |
| 9/29/2022 | Melissa Wali, Court Reporter for Carolyn Balogh depo (one-fourth of total cost) | $88.88 |
| 10/10/22 | Melissa Wali, Court Reporter for Rebecca Enns depo (one-fourth of total cost) | $445.50 |
| 10/12/2022 | Sullivan Court Reporters depo transcripts of Jane Doe 1 and Jane Doe 2 and their Guardian ad Litem (one-half of total cost) | $694.65 |
| 10/17/2022 | Viking Video for 10/7/22 deposition of Chris Berdoll (non-appearance) (one-fourth of total cost) | $62.50 |
| 10/27/22 | Veritext video for Van Beek depo (one-fourth of total cost) | $330.75 |
| 11/1/2022 | Viking Video for 11/1/22 depo of Chris Berdoll (one-fourth of total cost) | $114.06 |
| 11/7/2022 | Veritext video for Zion Wulfekuehler depo (one-fourth of total cost) | $142.25 |
| 11/7/2022 | Vertitext video for Thomas Butler depo (one-fourth of total cost) | $255.75 |
| 11/7/2022 | Veritiext video for Iwina Van Beek depo (one-fourth of total cost) | $330.75 |
| 11/7/2022 | Veritext depo transcript of Shari Frace (one-fourth of total cost) | $351.66 |
| 11/7/2022 | Veritext depo transcripts of Zion Wulfekeuhler and Thomas Butler (one-fourth of total cost) | $996.54 |
| 11/7/2022 | Natalie Heidick, Reporter's Transcript of 12/16/21 parallel criminal proceedings (one-fourth of total cost) | $9.00 |
| 11/7/2022 | Dr. Judy Ho, Inc.'s retainer for expert psychological evaluation (one-fourth of total cost) | $1,000.00 |
| 11/7/2022 | Interactive, Inc. charge for standard of care expert Charol Shakeshaft (one-fourth of total cost) | $625.00 |
| 11/27/2022 | Melissa Wali, Court Reporter for Chris Berdoll 10/7/22 deposition (non-appearance) (one-fourth of total cost) | $82.50 |
| 11/27/2022 | Melissa Wali, Court Reporter for 10/27/22 Curt Eichperger (one-fourth of total cost) | $185.63 |
| 11/27/2022 | Melissa Wali, Court Reporter for 10/21/22 Melissa Rubin (one-fourth of total cost) | $211.50 |
| 12/1/2022 | Veritext Court Reporter for 11/14/22 Kirk Smith depo (one-fourth of total cost) | $350.50 |
| 12/28/2022 | Melissa Wali, Court Reporter for 11/8/22 Yvonne Davis depo (one-fourth of total cost) | $66.37 |
| | **Total Expenses for Jane Doe 1:** | **$8,198.17** |

# EXHIBIT 2

| | | MC-355 |
|---|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY**    **STATE BAR NUMBER:** <br>NAME: Arick Fudali, Esq. (SBN 296364); Alan Goldstein, Esq. (SBN 296430) <br> FIRM NAME: THE BLOOM FIRM <br> STREET ADDRESS: 26565 Agoura Road, Suite 200 <br> CITY: Calabasas    STATE: CA    ZIP CODE: 91302 <br> TELEPHONE NO.: (818) 914-7319    FAX NO.: (818) 884-8079 <br> EMAIL ADDRESS: avi@thebloomfirm.com <br> ATTORNEY FOR (Name): Jane Does 1, 2, 5 and 6 | | **FOR COURT USE ONLY** |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** UNITED STATES DISTRICT COURT <br> STREET ADDRESS: 350 West First Street <br> MAILING ADDRESS: Same <br> CITY AND ZIP CODE: Los Angeles, California 90012 <br> BRANCH NAME: Central District of California-Western Division | | |
| **CASE NAME:** <br> JANE DOE 1, et al. v. ATASCADERO UNIFIED SCHOOL DISTRICT, et al. | | |
| **ORDER TO DEPOSIT FUNDS IN BLOCKED ACCOUNT** | **CASE NUMBER:** <br> 2:19-cv-08636-DSF-E | |

1. The petition of (name): K.X., Guardian ad Litem for Jane Doe 1, acting as (specify representative capacity): Guardian ad Litem of the person named in item 2, to deposit funds in one or more blocked accounts came on for hearing on (date): 2/13/2023 at (time): 1:30 in Dept.: 7D.

**THE COURT ORDERS**

2. Funds that belong to (name): Jane Doe 1 must be deposited in one or more interest-bearing, federally insured blocked accounts.

3. Each account must be opened in the legal name of the petitioner as ☐ parent ☐ guardian ☐ conservator ☒ other (specify relationship): Guardian ad Litem of the person named in 2.

4. The total amount authorized for deposit, including any accrued interest, is: $ ▮▮▮▮▮

5. Withdrawals (check a or b):

    a. ☐ No withdrawal of principal or interest may be made from the blocked account or accounts without a written order under this case name and number signed by a judicial officer and file-stamped by this court. The money on deposit is not subject to escheat.

    b. ☒ The funds in the blocked account or accounts belong to a minor, who was born on (date): ▮▮▮▮▮ .
    No withdrawal of principal or interest may be made from the blocked account or accounts without a written order under this case name and number signed by a judicial officer and file-stamped by this court until the minor reaches 18 years of age.
    When the minor reaches 18 years of age, the depository, without further order of this court, is authorized and directed to pay by check or draft directly to the former minor, on proper demand, all funds, including interest, deposited under this order. The money on deposit is not subject to escheat.

6. The petitioner and the petitioner's attorney, if any, must (1) deliver a copy of this order to each depository in which funds are deposited under this order and (2) file with this court an acknowledgment from each depository of receipt of this order and the funds within 15 days of deposit.

Date: February 14, 2023

*/s/ Dale S. Fischer*
JUDICIAL OFFICER

Page 1 of 1

Form Adopted for Mandatory Use <br> Judicial Council of California <br> MC-355 [Rev. January 1, 2021]

**ORDER TO DEPOSIT FUNDS IN BLOCKED ACCOUNT**

Code of Civil Procedure, § 372; <br> Probate Code, §§ 3500, 3600–3613; <br> Cal. Rules of Court, rules 3.1384, 7.953 <br> www.courts.ca.gov